**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV11-0198-VAP(DTBx)                              Date: February 25, 2011

Title:      B & L ENTERPRISES LLC -v- BENJAMIN A. RUVALCABA
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                         None Present
    Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                                          DEFENDANTS:

    None                                                       None

PROCEEDINGS:       MINUTE ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF RIVERSIDE (IN CHAMBERS)

    On December 10, 2010, Plaintiff B & L Enterprises LLC ("Plaintiff") filed a complaint for unlawful detainer ("Complaint") against Defendant Benjamin A. Ruvalcaba ("Defendant") in the Superior Court for the County of Riverside. (Doc. No. 1 (Not. of Removal).)  On February 1, 2011, Defendant, proceeding <u>pro se</u>, removed the action to this Court on the basis of federal question jurisdiction. (<u>See</u> Not. of Removal at 2.)  Finding it lacks subject matter jurisdiction, the Court remands this action <u>sua sponte</u>.

    Removal jurisdiction is governed by statute. <u>See</u> 28 U.S.C. §§ 1441, <u>et seq.</u> The Ninth Circuit applies a strong presumption against removal jurisdiction, <u>Ethridge</u>